THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN VOGEL,

    Plaintiff,

vs.

JO VI, LLC dba COCO'S #6045,

    Defendant.

_____/

Case No.  5:12-cv-02178-TJH-SP

**ORDER RE: JOINT STIPULATION FOR DISMISSAL[JS-6]**

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant JO VI, LLC dba Coco's #6045,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  August 7, 2013

_____/
United States District Judge