THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>JO VI, LLC dba COCO'S #6045,<br><br>　　　Defendant.<br>_____/ | Case No.  5:12-cv-02178-TJH-SP<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL[JS-6]** |

　　Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant JO VI, LLC dba Coco's #6045,

　　IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  August 7, 2013

_____/
United States District Judge